2017–0337.   State v. Brigner.
Athens App. No. 16CA25.

2017–0361.   State v. Ferguson.
Franklin App. No. 16AP–307, 2017-Ohio-556.

2017–0364.   State v. Lofton.
Pickaway App. No. 16CA8, 2017-Ohio-757.

2017–0500.   State v. Upkins.
Shelby App. No. 17–16–04. Motion to consolidate case denied.
    FISCHER, J., dissents and would accept the appeal and hold the cause for decision in 2016–1742, *State v. Upkins.*

2017–0501.   State v. Durham.
Cuyahoga App. Nos. 103352 and 103382, 2017-Ohio-954.

2017–0526.   In re H.D.
Warren App. No. CA2016–11–098, 2017-Ohio-1333.

2017–0594.   In re Adoption of N.T.R.
Franklin App. No. 16AP–589, 2017-Ohio-265.

2015–1756.   McGowan v. Medpace, Inc.
Hamilton App. Nos. C–140634 and C–140652, 2015-Ohio-3743. Reported at 150 Ohio St.3d 296, 2017-Ohio-1340, 81 N.E.3d 435. On motion for reconsideration. Motion denied.
    CANNON, J., dissents and would grant the motion in part and would reconsider the decision to dismiss the cause as having been improvidently accepted.
    BRUNNER, J., dissents.
    TIMOTHY P. CANNON, J., of the Eleventh District Court of Appeals, sitting for FISCHER, J.
    JENNIFER L. BRUNNER, J., of the Tenth District Court of Appeals, sitting for DEWINE, J.

2016–0252.   State ex rel. Bradford v. Dinkelacker.
Hamilton App. No. C–150714. Reported at 149 Ohio St.3d 683, 2017-Ohio-1342, 77 N.E.3d 935. On motion for reconsideration. Motion denied.
    FISCHER and DEWINE, JJ., not participating.

2016–0750.   Perry v. Sloan.
Ashtabula App. No. 2015-A-0064, 2016-Ohio-1605. Reported at 149 Ohio St.3d 690, 2017-Ohio-1404, 77 N.E.3d 942. On motion for reconsideration. Motion denied.

2016–1369.   State v. Amegatcher.
Delaware App. No. 15 CAC 10 0081, 2016-Ohio-5198. Reported at 148 Ohio St.3d 1443, 2017-Ohio-1427, 72 N.E.3d 657. On motion for reconsideration. Motion denied.

2016–1405.   Wetzel v. Auto Owners Ins. Co.
Darke App. No. 2015–CA–25, 2016-Ohio-5355. Reported at 148 Ohio St.3d 1443, 2017-Ohio-1427, 72 N.E.3d 657. On motion for reconsideration. Motion denied.

2017–0258.   State v. Taylor.
Cuyahoga App. No. 104284, 2016-Ohio-8311. Reported at 148 Ohio St.3d 1442, 2017-Ohio-1427, 72 N.E.3d 656. On motion for reconsideration. Motion denied.

*June 22, 2017*

2017-Ohio-4433.]